```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TALMADGE W. TAYLOR, JR.,      :       CIVIL ACTION
                              :
      Plaintiff,              :
                              :
      v.                      :
                              :
NORTH AMERICAN AVIATION       :
SERVICES,                     :
                              :       No.  02-2748
                              :
      Defendant.              :
                              :
```

## **O R D E R**

AND NOW, this    day of July, 2002, upon consideration of Plaintiff's Motion for Appointment of Counsel (Document 2), it is hereby ordered Plaintiff's motion is DENIED, without prejudice. Plaintiff may file another motion provided it is supplemented with a detailed explanation of his efforts to employ counsel and his inability to pay attorney's fees.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.