IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TALMADGE W. TAYLOR, JR.      :            CIVIL ACTION
                                :

              v.             :

NORTH AMERICAN AVIATION     :            NO.  2002-2748
SERVICES

O R D E R

AND NOW, this     day of October, 2002, it is hereby Ordered that the above case is Dismissed for Lack of Prosecution. This action was filed on May 8, 2002, and as of this date, service has not been effected.  Plaintiff has been notified by the Clerk that failure to make service by September 27, 2002, or to show good cause as to why this case should not be dismissed would result in dismissal for lack of prosecution.  Since neither service was effected, nor good cause shown, dismissal is warranted.


AND IT IS SO ORDERED.



_____
Clarence C. Newcomer, S.J.