```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TALMADGE W. TAYLOR, JR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| NORTH AMERICAN AVIATION SERVICES, | : | |
| | : | No. 02-2748 |
| Defendant. | : | |

## **O R D E R**

AND NOW, this    day of December, 2002, upon consideration of Plaintiff's Motion to Reconsider (Document 5), it is hereby ORDERED that said Motion is DENIED.  The Plaintiff has failed to include a Certificate of Service proving service of the Motion on the Defendant.  In addition, the Defendant has failed to include a Memorandum of Law explaining how any why this Court should grant Plaintiff's Motion.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.